**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CLEAR WITH COMPUTERS, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| **HYUNDAI CONSTRUCTION EQUIPMENT USA INC., HYUNDAI HEAVY INDUSTRIES, CO., LTD., BERGDORF GOODMAN, INC., BERGDORFGOODMAN.COM, LLC, CHICO'S BRANDS INVESTMENTS, INC., CHICO'S FAS, INC., CHICO'S RETAIL SERVICES, INC., DELTA FAUCET COMPANY, KATE SPADE LLC, MASCO CORPORATION, MASCO RETAIL CABINET GROUP, LLC, NEIMAN MARCUS INC., NEIMAN MARCUS GROUP, INC., and PACIFIC SUNWEAR OF CALIFORNIA INC.** | § § § § § § § § § § § | **CASE NO. 6:09 CV 139 PATENT CASE** |
| Defendants. | § | |

**ORDER**

This case was consolidated with Cause No. 6:09cv481 ("the '481 case") (Docket No. 162) for all purposes, with the '481 serving as the lead case. On July 18, 2011, the Court entered an order dismissing the '481 case with prejudice as to all defendants. All disputes between all parties have been resolved. Accordingly, this case is also dismissed. The Clerk is **ORDERED** to close the case.

**So ORDERED and SIGNED this 10th day of January, 2012.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**